## McKUNE v. MONTGOMERY et al.

In an action of ejectment, a tenant can not deny the title of the vendor of his landlord.

APPEAL from the District Court of the Sixth Judicial District, County of Sacramento.

*Smith & Hardy* for Appellants.

*Crocker and Robinson* for Respondent.

TERRY, C. J., delivered the opinion of the Court—BURNETT, J., concurring.

This is an action of ejectment for lands in Sacramento county.

It appears from the record that defendant Montgomery entered upon the premises in dispute, as the tenant of Caulfield, the vendor of plaintiff, and that defendant Bacon's possession was acquired from Montgomery.

Having entered under Caulfield, the defendants are not in a position to question his title to the premises. Whether Bacon's entry was before or after his co-defendant had denied his landlord's title, and claimed to hold adversely, is immaterial.

Judgment affirmed.